UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN WILLIAMS, | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No.: 3:22-cv-1614-G |
| FIRSTSERVICE RESIDENTIAL, INC., and FIRSTSERVICE RESIDENTIAL TEXAS, INC., | § § § § § | |
| Defendants. | | |

**Joint Stipulation of Dismissal With Prejudice**

To the Honorable Judge Fish:

    1.    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Adrian Williams and Defendants FirstService Residential, Inc. and FirstService Residential Texas, Inc., by and through their respective counsel, hereby stipulate and agree that this action should be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own costs.

    2.    Accordingly, the parties request that the Court enter the accompanying Order of Dismissal with Prejudice.

    3.    Pursuant to Rule 41(a)(1)(A)(ii), this Joint Stipulation of Dismissal with Prejudice is signed by all parties, by and through their counsel of record.

Dated this 10th day of March, 2023.

//

Respectfully Submitted,

J. BRIAN PHILLIPS, P.A.

By: /s/Jason Brian Phillips (*signed with permission*)
Jason Brian Phillips, Esq.
Texas State Bar No. 24130912
Florida State Bar No. 89841
P.O. Box 621176
Orlando, Florida 32862-1176
Telephone: 407-493-7183
Facsimile: 407-583-6448
COUNSEL FOR PLAINTIFF ADRIAN WILLIAMS

TOUCHSTONE, BERNAYS, JOHNSTON, BEALL, SMITH & STOLLENWERCK

By: /s/Christian P. Shippee
Christian P. Shippee
Attorney-in-Charge
State Bar No. 24033063
christian.shippee@tbjbs.com
Kristen M. Azzolini (formerly Monkhouse)
State Bar No. 24092853
kristen.azzolini@tbjbs.com
1717 Main Street, Suite 3400
Dallas, Texas 75201
Telephone: 214-741-1166
Facsimile: 214-741-7548
COUNSEL FOR DEFENDANTS
FIRSTSERVICE RESIDENTIAL, INC. AND
FIRSTSERVICE RESIDENTIAL TEXAS, INC.

**Certificate of Service**

This is to certify that this Joint Stipulation of Dismissal with Prejudice has been served on all counsel of record for the other parties via the Court's CM/ECF filing system and via e-mail on this 10th day of March, 2023.

/s/Christian P. Shippee
Christian P. Shippee